IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWEN THOMAS KENDRICK, | 1:10-cv-01803-SMS PC |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS |
| vs. | OR PAY FILING FEE WITHIN 45 DAYS |
| CALIFORNIA PRISON HEALTHCARE SERVICES, et al., | (Doc. 2) |
| Defendants.                    / | |

  Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 30, 2010. Plaintiff filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, but the application is complete in that only page one was received. Plaintiff must either file a complete application or pay the $350.00 filing fee.

  Accordingly, IT IS HEREBY ORDERED that:

  Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his/her prison trust statement for the six month period immediately preceding the filing of the complaint.

-1-

1 **Failure to comply with this order will result in dismissal of this action.**

3  IT IS SO ORDERED.

4  **Dated:    October 7, 2010**                             /s/ **Sandra M. Snyder**
                                                    UNITED STATES MAGISTRATE JUDGE